UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| BADRY BADRY ALI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | **CASE NO. 5:23-CV-32-D-BM** |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| STATE, U.S. EMBASSY IN CAIRO, ) | |
| EGYPT, ANTONY BLINKEN, and ) | |
| DANIEL RUBINSTON, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendants' motion to dismiss [D.E. 10] and DISMISSES WITHOUT PREJUDICE plaintiff's complaint [D.E. 1].

**This Judgment Filed and Entered on June 8, 2023, and Copies To:**

| | |
|---|---|
| Aaron Daniel Lindquist | (via CM/ECF electronic notification) |
| Benjamin J Higgins | (via CM/ECF electronic notification) |

DATE: June 8, 2023         PETER A. MOORE, JR., CLERK

                           (By)  /s/ Stephanie Mann
                           Deputy Clerk